No. 95–6014.  Jenkins v. Burtzloff et al.  C. A. 10th Cir. Certiorari denied.

No. 95–6030.  Hernandez v. Scott, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir.  Certiorari denied.

No. 95–6032.  Gupman et ux. v. Agribank, FCB, et al. C. A. 8th Cir.  Certiorari denied.

No. 95–6036.  Pryor v. Young, Warden, et al.  C. A. 10th Cir.  Certiorari denied.

No. 95–6037.  Shafer v. City and County of Denver. Dist. Ct. Colo, County of Denver.  Certiorari denied.

No. 95–6041.  Ply v. Washington.  Ct. App. Wash.  Certiorari denied.

No. 95–6066.  Gonzalez v. White, Warden, et al.  C. A. 9th Cir.  Certiorari denied.

No. 95–6072.  Elam v. Scott, Director, Texas Department of Criminal Justice, Institutional Division.  C. A. 5th Cir. Certiorari denied.

No. 95–6073.  Abulkhair v. New Jersey (two judgments). Super. Ct. N. J., App. Div.  Certiorari denied.

No. 95–6164.  Abdul-Wadood v. Wilson.  C. A. 7th Cir.  Certiorari denied.

No. 95–6217.  Saunders v. McAninch, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 95–6340.  Logan, aka Vaughan v. Virginia.  Sup. Ct. Va.  Certiorari denied.

No. 95–6354.  Gilkey v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 95–6355.  Ruggiero v. United States.  C. A. 5th Cir. Certiorari denied.

No. 95–6362.  Cannon v. United States.  C. A. D. C. Cir. Certiorari denied.